IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| JOHN LEE INGRAM | ) | CHAPTER | 13 |
| SSN: XXX-XX-1073 | ) | CASE NO: | 15-06031 |
| 2100 SINGLETREE DRIVE | ) | JUDGE | HARRISON |
| CLARKSVILLE, TN 37040 | ) | | |
| | ) | | |
| Debtor | | | |

**The deadline for filing a timely response is 11/13/2015**
**If a response is timely filed the hearing date will be: 11/25/2015 at 8:30 a.m. Customs House, Courtroom 1, 701 Broadway, 2nd Floor, Nashville, TN 37203**

### DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS

COMES THE DEBTOR, through counsel, Rothschild & Ausbrooks, PLLC, and in response to the Trustee's Motion to Dismiss states that the Debtor remitted funds to bring his case current and would ask that this motion be denied.

Respectfully submitted,

*/s/ Edgar M. Rothschild, III*
EDGAR M. ROTHSCHILD, III
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

### CERTIFICATE OF SERVICE

I certify that on this 13th day of November, 2015, I mailed/e-mailed a copy of the foregoing to the Office of the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203; to the Office of the U.S. Trustee, Customs House, Suite 318, 701 Broadway, Nashville, TN 37203-3966; and to the Debtor at the above referenced address.

*/s/ Edgar M. Rothschild, III*
EDGAR M. ROTHSCHILD, III
TOTAL MAILINGS: 1